```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| JAMES M. FEENEY,                    ) | |
|     Plaintiff,             ) | |
|                           ) | Civ. Action No. 20-10425-PBS |
| v.                            ) | |
| CAROL MICI, et al.,          ) | |
|     Defendants.          ) | |

<u>ORDER</u>

April 29, 2020

SARIS, D.J.

On March 2, 2020, James M. Feeney, an inmate confined to the Souza Baranowski Correctional Center ("SBCC"), initiated this action by filing a <u>pro se</u> complaint and motion for leave to proceed <u>in forma pauperis</u>. <u>See</u> Docket No. 1. On March 5, 2020, plaintiff was granted leave to proceed <u>in forma pauperis</u>. <u>See</u> Docket No. 5. Pursuant to 28 U.S.C. § 1915(b)(1), an initial partial filing fee of $38.15 was assessed. <u>Id.</u>

At that time, a notice was issued to the SBCC Treasurer for payment of the initial filing fee of $38.15 and with monthly payments to be sent, beginning in April, until the balance of the filing fee has been paid in full. <u>See</u> Docket No. 6.

Now before the Court is plaintiff's motion to clarify court order. <u>See</u> Docket No. 10. Plaintiff explains that the initial, partial filing fee of $38.15 was taken twice from his account. <u>Id.</u> The court's records indicate that a payment of $38.15 was

first received on March 19, 2020, and a second payment of $38.15 was received on April 13, 2020.

Prisoner plaintiffs such as Feeney are required to pay the full amount of the filing fee. See 28 U.S.C. § 1915(b)(1). However, if the court grants the prisoner leave to proceed in forma pauperis, the prisoner may pay the filing fee over time. The statute requires the prisoner to pay the filing fee in two stages. First, at the outset of the case, the prisoner must pay an initial partial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's institution trust account for the 6-month period immediately preceding the filing of the complaint, or (b) the average monthly balance in the prisoner's institution trust account for the same period. 28 U.S.C. § 1915(b)(1). Second, after payment of the initial partial filing fee, the prisoner must make monthly payments until he has paid the filing fee in full.

Because the "first stage" payment of $38.15 was paid twice, Feeney should be refunded the $38.15 overpayment.

Accordingly, this Court hereby orders that plaintiff's motion to clarify court order is granted to the extent that (1) the Clerk is directed to return $38.15 to plaintiff and (2) the court clarifies that SBCC treasurer shall collect from the plaintiff's trust account the balance of the filing fee ($311.85) by forwarding monthly payments from the plaintiff's prison trust account to the clerk of the court each time the amount in the account exceeds $10

2

until such time as the filing fee is paid.

SO ORDERED.

/s/ Patti B. Saris
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE